UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM STEINEBACH, et al.,

    Plaintiffs,

    v.

CRANE CO., et al.,

    Defendants.

Case No. 16-cv-04687-TEH

**ORDER GRANTING INSURERS' MOTION TO INTERVENE**

    The unopposed motion to intervene by Great American Insurance Company, Chubb & Son, RiverStone Claims Management, and American International Group ("Intervenors") on behalf of their suspended insured, Defendant Plant Products & Supply Company, is hereby GRANTED.  Intervenors may appear in this action under the name of their insured.  They shall file their complaint in intervention no later than **September 23, 2016**, and this will be considered a timely response to Plaintiffs' complaint.

**IT IS SO ORDERED.**

Dated: 09/19/16

_____
THELTON E. HENDERSON
United States District Judge