**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEINEBACH and LOUISE STEINEBACH, <br><br> Plaintiffs, <br><br> vs. <br><br> CRANE CO., et al., <br><br> Defendants. | No. 3:16-cv-04687-TEH <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FRASER'S BOILER SERVICE, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant FRASER'S BOILER SERVICE, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  12/19/2016

By: _____
Thelton E. Henderson
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FRASER'S BOILER SERVICE, INC.