**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEINEBACH and GLENDA STEINEBACH,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>　　　　Defendants. | No. 3:16-cv-04687-TEH<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HILL BROTHERS CHEMICAL COMPANY** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HILL BROTHERS CHEMICAL COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 1/5/2017　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Thelton E. Henderson
　　　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HILL BROTHERS CHEMICAL COMPANY