**BRAYTON✦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEINEBACH and GLENDA STEINEBACH,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>Defendants. | No. 3:16-cv-04687-JST<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION) are hereby dismissed with prejudice.

Dated: September 11, 2017    By: _____
Jon S. Tigar
United States District Judge