BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM STEINEBACH and GLENDA STEINEBACH,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>Defendants. | 3:16-cv-04687-JST<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CRANE CO. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: October 23, 2017    By: _____
Jon S. Tigar
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.