**BRAYTON✥PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM STEINEBACH and GLENDA STEINEBACH,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>　　　　Defendants. | No. 3:16-cv-04687-JST<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION) are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 4, 2017　　　　　　　By: _/s/ Jon S. Tigar_
　　　　　　　　　　　　　　　　　　　　Jon S. Tigar
　　　　　　　　　　　　　　　　　　　　United States District Judge