BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM STEINEBACH and GLENDA STEINEBACH,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CRANE CO., et al.,<br><br>　　　　　Defendants. | No. 3:16-cv-04687-JST<br><br>ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: January 29, 2018　　　　　By: _/s/ Jon S. Tigar_
　　　　　　　　　　　　　　　　　　Jon S. Tigar
　　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE